■ GUARDIAN AMUSEMENTS, LTD., Doing Business as PHOTON, Appellant, v MIDDLETOWN PLAZA ASSOCIATES LIMITED PARTNERSHIP et al., Respondents, et al., Defendants. [686 NYS2d 314] —Appeal by the plaintiff from an order of the Supreme Court, Orange County (Murphy, J.), dated June 16, 1998.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Murphy at the Supreme Court. Ritter, J. P., Altman, Friedmann and Goldstein, JJ., concur.